IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

VALARIE KERSTEN,

        Plaintiff,                    No. 1:14-cv-00668-CL

      v.                             **ORDER**

QUICK COLLECT, INC.,

        Defendant.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#35) and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Defendant Quick Collect, Inc. filed objections (#37), Plaintiff filed a response to Defendant's objections (#38), and I have reviewed the file of this case *de novo*. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas

1 - ORDER

Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation (#35). Plaintiff's Motion for Summary Judgment (#25) is GRANTED with respect to liability. The parties shall submit briefing on damages, costs, and attorneys fees at the direction of the Magistrate Judge.

IT IS SO ORDERED.

DATED this 7 day of January, 2015.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER