IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

VALARIE KERSTEN,

        Plaintiff,

  v.

QUICK COLLECT, INC.,

        Defendant.

1:14-cv-00668-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#43), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (8th Cir. 1983).

1 - ORDER

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation (#43). Plaintiff is awarded $23,702.45, reflecting $1,000 in statutory damages, $21,925.50 in attorney's fees, and $749.95 in costs.

IT IS SO ORDERED.

DATED this __18__ day of May, 2015.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE